# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

Fenton Prewitt and Phyllis Prewitt,
Plaintiff

Vs.                                                    CASE #  2:23-cv-813 -SPC- NPM

American Strategic Insurance Corporation,

Defendant

_____/

## MEDIATION CONFERENCE REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on May 8, 2024, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

   _x_    All individual parties and their respective trial counsel.
   _x_    Designated corporate representatives.
   _x_    Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate: *not applicable*

(c)     The outcome of the mediation conference was:

   _x_     The case has been completely settled.

Done this 8th day of May, 2024, in Fort Myers, Florida.

/s/ Anne Dalton, Esquire, Mediator
Anne Dalton, Esquire
Florida Bar No. 0852960
Certified Florida and Federal Mediator
adalton@daltonlegal.com
2044 Bayside Parkway
Fort Myers, FL 33901
(239) 337-7900